ordered, with costs to appellant to abide the event, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of fifty dollars as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified affirmed, without costs of this appeal to either party. All concurred, except Robson, J., who dissented and voted for affirming.

Louise Horstkotter, Respondent, v. Syracuse and Suburban Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

The People of the State of New York ex rel. Edward D. Peters, Respondent, v. Robert B. Adam and Others, Constituting the Civil Service Commission of the City of Buffalo, and James N. Adam, as Mayor of the City of Buffalo, Appellants, Impleaded with Charles F. Milliken and Others, Constituting the Civil Service Commission of the State of New York.   (No. 1.)— Order affirmed, with costs, on opinion of Woodward, J., delivered at Special Term.  (Reported in *Matter of Peters* v. *Adam,* 56 Misc. Rep. 29.)   All concurred.

The People of the State of New York ex rel. Edward D. Peters, Respondent, v. Robert B. Adam and Others, Constituting the Civil Service Commission of the City of Buffalo, Appellants.   (No. 2.)— Order affirmed, with costs, on opinion of Woodward, J., delivered at Special Term.  (Reported in *Matter of Peters* v. *Adam,* 56 Misc. Rep. 29.)   All concurred.

In the Matter of the Accounts of Charles S. Allison, as Administrator, etc., of Eli Allison, Deceased, as Trustee under the Last Will and Testament of William J. Lazear, Deceased.   Cornelius G. Lazear, Appellant; Minor E. Swarthout, Respondent.— Decree of Surrogate's Court affirmed, with costs to respondent payable out of the estate, on the opinion of Wheeler, Surrogate.   (Reported in 53 Misc. Rep. 222.)   All concurred.

Paul La France, Respondent, v. Post & Henderson Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

William H. Meeker, Respondent, v. The Town of Boonville, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event.   Held, that as matter of law upon the evidence the highway commissioner was not guilty of negligence, and that the verdict of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.   All concurred, except Spring, J., who voted for reversal on the ground that the verdict of the jury was contrary to and against the weight of the evidence on both questions.

Catherine Bannister, Appellant, v. Michigan Mutual Life Insurance Company, Respondent.— Judgment affirmed, with costs.   All concurred, except Spring, J., who dissented.

Gus Bjers, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the appellant within twenty days stipulates to reduce the verdict to the sum of fifty dollars as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified affirmed, without costs of this appeal to either party.   All concurred, except Robson, J., who dissented and voted for affirmance.

Russell Hardware and Implement Manufacturing Company, Respondent, v.